No. 94–7589.  KLINGER ET AL. *v.* NEBRASKA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 8th Cir.  Motion of National Women's Law Center et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied. ■■■■■■■■■■■■■■■■■■■■■■■■

No. 94–7623 (A–512).  BURDINE *v.* TEXAS.  Ct. Crim. App. Tex.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.